# GOETZ FITZPATRICK LLP

Attorneys at Law

One Penn Plaza, New York, NY 10119 | 212-695-8100 | (F) 212-629-4013

Rosalie C. Valentino
Extension 268
rvalentino@goetzfitz.com

October 11, 2007

**VIA FACSIMILE**

Honorable Justice Charles Brieant:
United States District Court
300 Quarropas Street., Room 275
White Plains, New York 10601

      Re:  Trustees of the Teamsters Local 456 Pension, et al. v.
           Canal Asphalt Corp.
           Docket: 07 CIV 6650

           Trustees of the Teamsters Local 456 Pension, et al. v.
           Burtis Construction Co., Inc.,
           Docket: 07 CIV 6637

Dear Justice Brieant:

      With the consent of our adversary copied below, we ask permission of this court for a one-week adjournment of the conferences held in connection with the two actions listed above and scheduled for October 12, 2007 at 9:30 a.m. to October 19, 2007. All parties have been actively working toward a final settlement agreement and hopefully will have finalized a pay-out plan by October 19, 2007.

      Thank you for your consideration in this matter.

           Very truly yours

           GOETZ FITZPATRICK LLP

           By: *Rosalie Valentino*
               ROSALIE C. VALENTINO

RSV:am

cc:  Karin Arrospide, Esq.
     Barnes, Iaccarino, Virginia,
     Ambinder & Shepard, PLLC.
     258 Saw Mill River Road
     Elmsford, New York 10523
     **Via Email** karrospide@bivaslaw.com

W:\RValentino\Donald\10.10.07 letter to court.wpd

55 Harristown Rd. Glen Rock, NJ 07452 | 201-612-4444 (F) 201-612-4455
170 Old Country Road, Suite 200, Mineola, NY 11501 | 516-877-9666 (F) 5 6-877-7743
120 Bloomingdale Rd. Suite 104 White Plains, NY 10605 | 914-946-7735 (F) 914-946-009B