

# GOETZ FITZPATRICK LLP

Attorneys at Law
One Penn Plaza, New York, NY 10119 | 212-695-8100 | (F) 212-629-4013

Rosalie C. Valentino
Extension 268
rvalentino@goetzfitz.com

October 11, 2007

**VIA FACSIMILE AND E-MAIL**

Karin Arrospide, Esq.
Barnes, Iaccarino, Virginia,
Ambinder & Shepard, PLLC.
258 Saw Mill River Road
Elmsford, New York 10523

  Re: Trustees of the Teamsters Local 456 Pension, et al. v.
    Canal Asphalt Corp.
    Docket: 07 CIV 6650

    Trustees of the Teamsters Local 456 Pension, et al. v
    Burtis Construction Co., Inc.,
    Docket: 07 CIV 6637

Dear Karin:

  With the court's permission the October 12, 2007 conferences in connection with the two actions listed above was adjourned to November 2, 2007 at 9:30 a.m. However, if we return a Stipulation of Discontinuance before November 2, 2007 no appearance will be necessary. No further adjournments will be granted by the court.

  Thank you for your consideration in this matter.

        Very truly yours,

        GOETZ FITZPATRICK LLP

        By: /s/ Rosalie Valentino
          ROSALIE C. VALENTINO

RSV:am

cc: Honorable Justice Charles Brieant (via facsimile)
Alice Cama (via facsimile)
Donald J. Carbone

W:\RValentino\Donald\10.11.07.wpd

55 Harristown Rd. Glen Rock, NJ 07452 | 201-612-4444 (F) 201-612-4455
170 Old Country Road, Suite 200, Mineola, NY 11501 | 516-877-9666 (F) 516-877-7743
120 Bloomingdale Rd. Suite 104 White Plains, NY 10605 | 914-946-7735 (F) 914-946-0098