UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x
Trustees of the Teamsters Local 456 Pension, Health &
Welfare, Annuity, Education & training, S.U.B.,               **STIPULATION AND ORDER**
Industry Advancement and Legal Services Funds and             **OF DISCONTINUANCE**
the Westchester Teamsters Local Union No. 456,

                                            Plaintiffs,

                                                              Index No. 07 Civ. 6650(CLB)
        —against—

CANAL ASPHALT, INC.,

                                            Defendant.
----------------------------------------------------------x

IT IS HEREBY STIPULATED, by and between counsel for the Plaintiffs and Defendant in the within action that whereas no party is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, this action is discontinued without prejudice and without costs to any party.

DATED: November 1, 2007

BARNES, IACCARINO, VIRGINIA,                GOETZ FITZPATRICK, LLP
AMBINDER & SHEPHERD, PLLC                   Attorneys for Defendant
Attorneys for Plaintiffs

By: _____                 By: _____
    Karin Arrospide (KA 9319)                   Donald J. Carbone, Esq. (DJC-2122)
258 Saw Mill River Road                     One Penn Plaza
Elmsford, NY 10523                          New York, NY 10119
(914) 592-1515                              (212) 695-8100

SO ORDERED: November 2, 2007

_____
HONORABLE CHARLES L. BRIEANT, U.S.D.J.